49 So.2d 921

## BIRMINGHAM SLAG CO. v. BIRMINGHAM WATER WORKS CO.
### 6 Div. 947.

Supreme Court of Alabama.
Nov. 28, 1950.

PER CURIAM.
Appeal dismissed, motion of appellant.

51 So.2d 908
### J. B. BURKE v. T. Glenn WEEKS.
### 4 Div. 648.

Supreme Court of Alabama.
April 5, 1951.

Douglas Brown, of Ozark, for appellant.
M. Sollie, III, of Ozark, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

51 So.2d 908

### CITY OF ANNISTON v. Emma MOODY.
### 7 Div. 73.

Supreme Court of Alabama.
Jan. 9, 1951.

Richard B. Emerson, of Anniston, for appellant.
Merrill, Merrill & Vardaman, of Anniston, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

52 So.2d 884

### Jeff DEAR v. CITY OF BIRMINGHAM.
### 6 Div. 239.

Supreme Court of Alabama.
April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.
Chas. H. Brown, of Birmingham, opposed.

LAWSON, Justice.
Petition of Jeff Dear for certiorari to the Court of Appeals in the case of Dear v. City of Birmingham, 52 So.2d 887. Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.
All the Justices concur.

52 So.2d 884

### Mary FARLEY v. CITY OF BIRMINGHAM.
### 6 Div. 235.

Supreme Court of Alabama.
April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.
Chas. H. Brown, of Birmingham, opposed.

FOSTER, Justice.
The petition of Mary Farley for certiorari to the Court of Appeals in the case of Farley v. City of Birmingham, 52 So.2d 887, is denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.
All the Justices concur.